JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| AIDE OCHOA MALDONADO,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al,<br><br>Respondents. | No. 2:26-cv-05168-BFM<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted.

DATED: ___JUNE 9, 2026___

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE